UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE YORK, II,

    Plaintiff,

v.          Case No. 1:10-cv-28

FOREST VIEW PSYCHIATRIC     Hon. Robert J. Jonker
HOSPITAL,

    Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Pending before the court is Attorney Richard J. Carolan's Motion to Withdraw as Counsel for Plaintiff (docket no. 22). The plaintiff concurring, and the motion being unopposed by defendant, the motion is **GRANTED** and all provisions of the Case Management Order entered June 1, 2010 remain unchanged.

**IT IS SO ORDERED.**

Dated: June 22, 2010         /s/ Hugh W. Brenneman, Jr.
        HUGH W. BRENNEMAN, JR.
        United States Magistrate Judge